UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:13-MJ-01294-1 |
| | § | |
| BRANDON RENE GONZALEZ | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is a serious risk that the defendant will not appear; and

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. An undocumented alien was found in a vehicle driven by the Defendant. The findings and conclusions contained in the Pretrial Services Report and the First Addendum are adopted. While on probation the Defendant committed new crimes and had his probation revoked. While on probation he committed the offense of evading arrest in Harlingen. It does not appear that the Defendant has ever successfully completed a term of probation, and he was only recently released from custody before committing the instant offense. The Defendant has demonstrated that he is either unwilling or unable to comply with court-ordered conditions of release, and he is a poor bond risk.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 28th day of October, 2013.

                                               B. JANICE ELLINGTON
                                               UNITED STATES MAGISTRATE JUDGE